CHARLES H. ISRAELS et al., Doing Business as ISRAELS & HARDER, Appellants, *v.* RANALD H. MACDONALD, as Surviving Partner of RANALD H. MACDONALD & COMPANY, Respondent.

*Israels* v. *Macdonald*, 123 App. Div. 63, appeal dismissed.
(Argued September 28, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on a contract for services.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and permission to appeal had not been granted.

*Frank W. Arnold* for motion.

*Theodore T. Baylor* opposed.

Motion granted and appeal dismissed, without costs.